IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:23-cv-312-ECM ) |
| THE UNITED STATES PROBATION OFFICE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM OPINION and ORDER**

On January 2, 2024, the Magistrate Judge entered a Recommendation (doc. 24) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 24) is ADOPTED;

2. This case is DISMISSED without prejudice for the Plaintiff's failure to prosecute or otherwise comply with the orders of the Court;

3. The Defendants' motion to dismiss (doc. 19) is DENIED as moot.

A separate Final Judgment will be entered.

DONE this 14th day of February, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE